United States Bankruptcy Court

Eastern District of New York

In re:

Charles E Sheer

     Debtor

Case No. 26-41395-ess

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2026 | Form ID: 318DF7 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles E Sheer, 1555 E 19th St Apt 7H, Brooklyn, NY 11230-7205 |
| 10674684 | + | 1555 Associates LLC, 2850 Shore Parkway, Brooklyn, NY 11235-6756 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 08 2026 18:23:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jul 08 2026 18:23:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 08 2026 18:23:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10674686 | Email/PDF: bncnotices@becket-lee.com | Jul 08 2026 18:26:04 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 10674685 | Email/PDF: bncnotices@becket-lee.com | Jul 08 2026 18:25:55 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 10674688 | EDI: BANKAMER | Jul 08 2026 22:16:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 10674687 | EDI: BANKAMER | Jul 08 2026 22:16:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 10674690 | EDI: CAPITALONE.COM | Jul 08 2026 22:16:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 10674689 | EDI: CAPITALONE.COM | Jul 08 2026 22:16:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 10674691 | EDI: CITICORP | Jul 08 2026 22:16:00 | Citibank/Exxon Mobile, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 10674692 | EDI: CITICORP | Jul 08 2026 22:16:00 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 10674693 | EDI: CITICORP | Jul 08 2026 22:16:00 | Citibank/Sunoco Cc, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 10674694 | EDI: CITICORP | Jul 08 2026 22:16:00 | Citibank/Sunoco Cc, Attn: Bankruptcy, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 10674696 | EDI: SYNC | Jul 08 2026 22:16:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 10674695 | + EDI: SYNC | Jul 08 2026 22:16:00 | Synchrony Bank/Care Credit, PO Box 71757, |

Philadelphia, PA 19176-1757

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10674697 | | Unknown Medical Creditors |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com  theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com |
| Natalie Jean-Baptiste | on behalf of Debtor Charles E Sheer nljean-baptiste@legal-aid.org  jean-baptiste.natalieb119605@notify.bestcase.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles E Sheer | Social Security number or ITIN   xxx–xx–1643 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 1–26–41395–ess | |

## Order of Discharge and Final Decree

Revised: 12/15

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

Charles E Sheer

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: July 8, 2026                    s/ Elizabeth S. Stong
                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7        **Chapter 7 Order of Discharge and Final Decree**        page 1

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7          **Chapter 7 Order of Discharge and Final Decree**          page 2